Matthew B. Wieliczko, Esquire
ZELLER & WIELICZKO, LLP
120 Haddontowne Court
Cherry Hill, New Jersey 08034
Phone: (856) 428-6600
Attorneys for Plaintiffs

Gregory G. Barnett
Martin F. Casey
**CASEY & BARNETT LLP**
25 Prospect Street
Morristown, New Jersey 07960
(973) 993-5161
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------X
DEL MONTE FRESH PRODUCE
INTERNATIONAL INC.; DEL MONTE          Civil Action No: 7632 (RBK/AMD)
FRESH PRODUCE N.A. INC.,

            Plaintiffs,          **ORDER TO VACATE ARREST AND**
                                              **OTHER COURT ORDERS.**
     -against-

M/V GREEN BRAZIL; her engines, tackle,
etc., *in rem*; SEATRADE GROUP N.V.,
GREENSEA GROUP N.V., GREENSEA
CHARTERING B.V.B.A, TRANSIT INVEST
ASA, GREEN REEFERS ASA, GREEN
SHIPPING AS, GREEN MANAGEMENT
SP.Z.O.O., *in personam*,

            Defendants.
------------------------------------------------------------X

## ORDER

    Plaintiffs' attorneys, Zeller & Wieliczko, LLP and Casey & Barnett, LLP, pursuant to

Rule E(5)(c) of the Supplemental Rules for Certain Admiralty and Maritime Claims, having, by

2

correspondence dated December 20, 2013, advised the Court that the Defendants have cooperated with Plaintiffs' request for security and inspection of the vessel, and the Plaintiffs having requested by letter to the Court dated December 20, 2013 the release of the M/V GREEN BRAZIL from arrest, and having Considered the foregoing, and the substance of the Plaintiffs' letter dated December 20, 2013,

IT IS HEREBY ORDERED that plaintiffs' request for the release of the M/V GREEN BRAZIL arrest is granted this 20th day of December, 2013, and that this Court's Order of Issuance of Maritime Arrest, Order for the Appointment of Substitute Custodian and the Deputy Clerk's Warrant of Arrest, are hereby VACATED.

Dated: December 20th, 2013

THE HONORABLE JOEL SCHNEIDER,
UNITED STATES MAGISTRATE JUDGE