Matthew B. Wieliczko, Esquire
ZELLER & WIELICZKO, LLP
120 Haddontowne Court
Cherry Hill, New Jersey 08034
Phone: (856) 428-6600
Attorneys for Plaintiffs

Gregory G. Barnett
Martin F. Casey
**CASEY & BARNETT LLP**
25 Prospect Street
Morristown, New Jersey 07960
(973) 993-5161
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------X
DEL MONTE FRESH PRODUCE
INTERNATIONAL INC.; DEL MONTE
FRESH PRODUCE N.A. INC.,

        Plaintiffs,

   -against-

M/V GREEN BRAZIL; her engines, tackle, etc., *in rem*;   SEATRADE GROUP N.V., GREENSEA GROUP N.V., GREENSEA CHARTERING B.V.B.A, TRANSIT INVEST ASA, GREEN REEFERS ASA, GREEN SHIPPING AS, GREEN MANAGEMENT SP.Z.O.O., *in personam*,

        Defendants.
-------------------------------------------------------X

Civil Action No:  7632 (RBK/AMD)

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

    IT IS hereby stipulated and agreed that the matter in difference in the above entitled action shall be and hereby is dismissed, **WITHOUT**

**PREJUDICE AND WITHOUT COSTS,** against either party.

DATED: December 23, 2013          ZELLER & WIELICZKO, LLP
                                  Attorney for Plaintiffs


                              By:/s/ *Matthew B. Wieliczko*
                                  MATTHEW B. WIELICZKO, Esquire


                                  Gregory G. Barnett
                                  Martin F. Casey
                                  **CASEY & BARNETT LLP**
                                  25 Prospect Street
                                  Morristown, New Jersey 07960
                                  (973) 993-5161
                                  Attorneys for Plaintiffs